UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Raisa Tkachenko,

                                              Plaintiff,

           -against-

**The City of New York, Denise St. Rose**, individually, under color of state law, and in her official capacity as an employee Consultant New York City Department of Health, Day Care Program and **Jane or John Doe**, individually, under color of state law, and in his or her capacity as Supervisor of Denise St. Rose,

                                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 11463 (GBD)

        **PLEASE TAKE NOTICE** that the office of Michael A. Cardozo, Corporation Counsel of the City of New York, by Amy J. Weinblatt, represents defendant City of New York in the above-referenced action.

Dated:       New York, New York
                January 16, 2007

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the
                                  City of New York
                                  Attorney for Defendant City of New York
                                  100 Church Street, Room 5-176
                                  New York, N.Y. 10007
                                  (212) 788-0764

                            By: _____
                                  AMY J. WEINBLATT  (AW 0024)
                                  Assistant Corporation Counsel

07 CV 11463 (GBD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raisa Tkachenko,

                              Plaintiff,

               -against-

The City of New York, Denise St. Rose, individually, under color of state law, and in her official capacity as an employee Consultant New York City Department of Health Day Care Program and Jane or John Doe, individually, under color of state law, and in his or her capacity as Supervisor of Denise St. Rose,

                              Defendants

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
   *Attorney for Defendants*
   *100 Church Street, Room 5-176*
   *New York, New York  10007-2601*

   *Of  Counsel:  Amy J. Weinblatt*
   *Tel.:  212-788-0764*
   *NYCLIS No.:*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..........................................., 2006*

   *....................................................................Esq.*

*Attorney for...............  ...........................................*