

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMY J. WEINBLATT
phone: 212-788-0764
fax: 212-791-9714
email: aweinbla@law.nyc.gov

January 17, 2008

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

JAN 1 8 2008

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
By hand delivery

Re: Tkachenko v. City of New York, et al., 07 CV 11463

Dear Judge Daniels:

This office represents defendant City of New York in the above-referenced matter. I am writing to request additional time to answer or otherwise respond to the complaint. The complaint was served on December 21, 2007, and the original deadline was January 10, 2008; I request an extension until February 11, 2008.

No prior requests for extensions of time have been made. I spoke with plaintiff's counsel on January 8, 2008, on which date I was assigned the case, and explained that I would need additional time to prepare; he consented. The additional time is needed so that I may gather the information necessary to properly respond to the complaint, and to attempt to ascertain whether this office will represent, and thus also respond on behalf of, the named individual defendant.

Respectfully,

Amy J. Weinblatt
Assistant Corporation Counsel

cc: Thomas Hoffman (by hand delivery)