# LAW OFFICES OF THOMAS HOFFMAN, P. C.

250 WEST 57 STREET, SUITE 1020, NEW YORK, NEW YORK 10107 • (212) 581-1180 • fax (212) 581-8002

FILED
DOC #:
DATE FILED: JUN 0 3 2008

May 30, 2008

by fax 212 805 6737
Hon George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

JUN 0 2 2008

Re: Tkachenko v. The City of New York
Docket No. 07 CV 11463 (GBD)

Dear Judge Daniels:

The current discovery cut-off date is June 4, 2008.

Counsel have been engaged in some settlement discussions. We have also exchanged document requests and served our Initial FRCP 26(a) Disclosure.

Subject to the court's approval, we request that we be permitted additional time to take depositions.

It is respectfully requested, on consent of counsel for both parties, that the discovery cut off date be extended for an additional period of 60 days or until August 1. We request that the conference scheduled for July 11 be rescheduled to August 13th. This is the first request for an extension.

Thank you for your attention to this matter.

Very truly yours,

Thomas Hoffman

cc: Amy Weinblatt, Esq.
By fax 212 791 9714